**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| MANUGAS, BENEDICT, | ) CASE NO.  10-06298 |
| MANUGAS, MARGARITA, | ) |
| | ) HONORABLE MANUEL BARBOSA |
| | ) |
| Debtors. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At:  100 S. 3rd Street, Room 250, Geneva, IL  60134

    On:    October 21, 2010    Time:  10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $     5,384.00 |
    | Disbursements | $     0.00 |
    | Net Cash Available for Distribution | $     0.00 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 1,288.40 | $ 35.72 |
| Att'ny for Trustee-WAIVED | $ -0- | $ -0- | $ -0- |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $ __-0-__ , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be __-0-__ %.

Allowed priority claims are: NONE

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

7. Claims of general unsecured creditors totaling $ __22,491.98__ have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be __18__ %.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| 1 | American Infosource | 1,581.99 | 285.43 |
| 2 | CitiCorp Trust Bank | 2,880.21 | 519.66 |
| 3 | Chase Bank USA, NA | 131.00 | 23.64 |
| 4 | Chase Bank USA, NA | 1,988.62 | 358.80 |
| 5 | Von Maur Chicago | 918.95 | 165.78 |
| 6 | NCO Portfolio | 6,848.00 | 1,235.55 |
| 7 | GE Money Bank | 426.86 | 77.00 |
| 8 | FIA Card Services | 4,945.56 | 892.30 |
| 9 | Capital Recovery III | 1,501.02 | 270.82 |
| 10 | American General Finance | 1,269.77 | 229.10 |
|  |  | $22,491.98 | $4,058.08 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, .ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

   NONE

Dated: _____          For the Court,

                                 By: _____
                                     Kenneth S. Gardner
                                     Clerk of the U.S. Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL  60604

Roy Safanda
Safanda Law Firm

111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Myfiles/Bankruptcy/Forms/New – Notice of Trustee's Final Report, Hearing

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                  Page 1 of 1                  Date Rcvd: Sep 13, 2010
Case: 10-06298                 Form ID: pdf006              Total Noticed: 28

The following entities were noticed by first class mail on Sep 15, 2010.
db/jdb        +Benedict Bendebel Manugas,    Margarita Procianos Manugas,    1160 Motz Street,
                Elburn, IL 60119-7815
aty           +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
tr            +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
16013136      +AMERICAN GENERAL FINANCE,    3615 W 95TH ST,    EVERGREEN PARK, IL 60805-2119
15118682       Bank of America,    P.O.Box 15026,    Wilmington, DE  19850-5026
15118683      +Best Buy,    Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
15118684      +Capital One,    P.O. Box 5155,    Norcross, GA 30091-5155
15118685       Chase,    P.O. Box 15298,    Wilmington, DE  19850-5298
15118686       Chase,    P.O. Box 9001871,    Louisville, KY  40290-1871
15677544       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15672112       CitiCorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
15118687       CitiFinancial,    Bankruptcy Department,    PO Box 140069,    Irving TX  75014-0069
15118688       Delnor Community Hospital,    Mail Processing Center,    PO Box 739,    Moline IL  61266-0739
15118689       HSBC Card Services,    P.O. Box 81622,    Salinas, CA  93912-1622
15118690      +Menards,    c/o Stellar Recovery, Inc,    PO Box 2210,    Southgate MI 48195-4210
15756521       NCO PORTFOLIO MANAGEMENT,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15118691       Orchard Bank,    c/o HSBC Card Services,    P.O. Box 81622,    Salinas, CA  93912-1622
15118692       The RoomPlace,    c/o WFNNB Bankruptcy Dept,    PO Box 182125,    Columbus OH  43218-2125
15118693       Value City,    c/o WFNNB,    Bankruptcy Dept.,    PO Box 182125,    Columbus OH  43218-2125
15118694       Von Maur,    c/o H&R Accounts, Inc,    7017 John Deere Parkway,    PO Box 672,
                Moline, IL  61266-0672
15710510      +Von Maur Chicago/Downs,    C/O H & R Accounts, Inc.,    PO Box 672,    Moline, IL 61266-0672

The following entities were noticed by electronic transmission on Sep 13, 2010.
aty           +E-mail/Text: DANATLAW@AOL.COM                            Daniel K Robin,    Daniel K Robin Ltd,
                121 S Wilke Rd #201,    Arlington Heights, IL 60005-1525
15118681       E-mail/PDF: CBP@AGFINANCE.COM Sep 14 2010 01:17:27      American General Finance,
                2149 W Jefferson St,    Joliet IL  60435-6621
15615256       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2010 01:13:53
                American Infosource Lp As Agent for,    World Financial Network National Bank As,
                Value City Furniture,    PO Box 248872,    Oklahoma City, OK  73124-8872
15996043       E-mail/PDF: rmscedi@recoverycorp.com Sep 14 2010 01:23:06      Capital Recovery III LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15973224       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2010 01:13:53
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK  73124-8809
15784948       E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2010 01:23:05      GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15118695       E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2010 01:23:05      Wal-Mart,    PO Box 981064,
                El Paso TX  79998-1064
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2010**               **Signature:**  _Joseph Speetjens_